OCTOBER 12, 1972

No. 72–273. NORTHERN ACCEPTANCE TRUST 1065 *v.* BRINKERHOFF ET AL. C. A. 9th Cir. Petition for writ of certiorari dismissed under Rule 60 of the Rules of this Court.

OCTOBER 16, 1972

No. 71–1447. DAVIDSON, SECRETARY, MARYLAND DEPARTMENT OF EMPLOYMENT AND SOCIAL SERVICES, ET AL. *v.* FRANCIS ET AL. Appeal from D. C. Md. Motion of appellees for leave to proceed *in forma pauperis* granted. Judgment affirmed.

No. 71–1547. C & H TRANSPORTATION CO., INC., ET AL. *v.* INTERSTATE COMMERCE COMMISSION; and

No. 72–149. UNITED STATES *v.* INTERSTATE COMMERCE COMMISSION (INTERNATIONAL TRANSPORT, INC., CASE). Affirmed on appeal from D. C. W. D. Mo. Reported below: 337 F. Supp. 985.

No. 71–6774. SIMPSON *v.* OATES ET AL. Affirmed on appeal from D. C. E. D. Cal.

No. 72–25. AMERICAN YEARBOOK CO., INC. *v.* ASKEW, GOVERNOR OF FLORIDA, ET AL. Affirmed on appeal from D. C. M. D. Fla. MR. JUSTICE BRENNAN and MR. JUSTICE WHITE would note probable jurisdiction and set case for oral argument. MR. JUSTICE BLACKMUN took no part in the consideration or decision of this case.

No. 72–150. UNITED STATES *v.* INTERSTATE COMMERCE COMMISSION (ACE DORAN HAULING CO. CASE). Affirmed on appeal from D. C. W. D. Pa. MR. JUSTICE DOUGLAS would note probable jurisdiction and set case for oral argument.